

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Amer-Consolidated Roofing, Inc.
d/b/a Top Wall Construction,

\* From the County Court at Law
  of Taylor County
  Trial Court No. 22,909.

Vs. No. 11-17-00255-CV

\* August 30, 2019

Key City Veterinary Clinic, Inc.,

\* Memorandum Opinion by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J., sitting
  by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Amer-Consolidated Roofing, Inc. d/b/a Top Wall Construction.